No. 82–1877. IMMIGRATION AND NATURALIZATION SERVICE *v.* LITONJUA ET AL. C. A. 9th Cir. Certiorari granted, judgment

vacated, and case remanded for further consideration in light of *United States* v. *Mendoza*, 464 U. S. 154 (1984). 